**FILED**

KC

JAN 17 2008 REC'D OCT 15 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------

F.C.V., INC., individually and as a representative of all others similarly situated,

                Plaintiff,

-against-

STERLING NATIONAL BANK.

                Defendant.

------------------------------x

**DEFAULT JUDGMENT**

Case NO. 04-CV-05035-DMC-MF

**08CV403
JUDGE HOLDERMAN
MAGISTRATE JUDGE COLE**

WHEREAS This class action was settled pursuant to a Settlement Agreement dated January 20, 2006 (the "Settlement"), and

WHEREAS Ace Hardware No. Rockton Center and Jean Siehoff are members of the class in the class action, and

WHEREAS Ace Hardware No. Rockton Center and Jean Siehoff did not opt out of the Settlement, and

WHEREAS the Court entered a Final Judgment and Order approving the Settlement binding upon all members of the class not opting out of the Settlement, and

WHEREAS paragraph numbered "11(d)" of the Settlement authorized entry of default judgment against those class members who defaulted in their obligations under the Settlement, and

WHEREAS, Sterling National Bank has submitted an affidavit establishing the defaults of Ace Hardware No. Rockton Center and Jean Siehoff Donne

IT IS, on motion of Sterling National Bank

**ORDERED, ADJUDGED AND DECREED:** that Sterling National Bank have judgment against the plaintiffs, Ace Hardware No. Rockton Center and Jean Siehoff, in

the total amount of $16,393.20, that said judgment continue to accrue interest at the rate provided by statute until paid, and that Sterling National Bank may have execution therefrom.

    Dated: Newark, New Jersey
    February 27, 2007

*[signature]*
United States District Court Judge

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.**

Dennis M. Cavanaugh
U.S. District Judge

Certified as a true copy on
This Date: 10-16-0?
By: *[signature]*
Clerk
Deputy