

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Sterling National Bank<br>v.<br>Ace Hardware Rockton Center, LLP | Case Number: **FILED**<br>KC<br>JAN 17 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Sterling National Bank

**08CV403**
**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE COLE**

| NAME (Type or print) |
|---|
| Jennifer S. Burt |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jennifer S. Burt |

| FIRM |
|---|
| Askounis & Borst, P.C. |

| STREET ADDRESS |
|---|
| 180 N. Stetson Ave., Suite 3400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292487 | (312)861-7100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐