MHW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN

STERLING NATIONAL BANK,           )
                                  )
        Plaintiff,             )
                                  )      08 CV 00403
v.                                )
                                  )
ACE HARDWARE ROCKTON CENTER,      )
LLP, and JEAN SIEOFF-DONNE,       )
                                  )
        Defendants.            )

## CITATION TO DISCOVER ASSETS

TO:   Jean Sieoff-Donne                  Law Offices of Maurice Henry Blum
        Ace Hardware Rockton Center, LLP   433 Prospect Avenue
        3118 N. Rockton Avenue           Staten Island, NY 10301
        Rockford, IL 61103

     YOU ARE COMMANDED to appear before the Honorable Judge James F. Holderman or any judge sitting in his stead in Room 2541 at the location of 219 S. Dearborn, Chicago, Illinois, on May 13, 2008, at 9:00 a.m. to be examined under oath to discover assets or income not exempt from the enforcement of a judgment.

     A judgment in favor of Sterling National Bank and against Ace Hardware Rockton Center, LLP and Jean Sieoff-Donne was entered on March 2, 2007 in the amount of $16,393.20 and $16,939.20 remains unsatisfied.

     YOU ARE COMMANDED to produce at the examination:

     SEE EXHIBIT A ATTACHED HERETO.

     YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY

In the United States District Court, District of New Jersey, on March 2, 2007, a judgment in the amount of $16,393.20 was entered in favor of Sterling National Bank and against Ace Hardware Rockton Center, LLP and Jean Sieoff-Donne in Case No. 04-cv-05035-DMC-MF and a balance of $16,393.20 remains unsatisfied.

I, the undersigned, certify to the Court, under penalties as provided by law, that all information stated herein is true.

By: _Jennifer S. Burt_
Jennifer S. Burt

Jennifer S. Burt
ARDC# 6292487
Askounis & Darcy, PC
333 N. Michigan Avenue
Suite 510
Chicago, IL 60601
(312)784-2400 (ph)
(312)784-2410 (f)
U:\JBurt\Sterling Bank\Ace Hardware Rockton Center\Pleadings\CDA.wpd

MICHAEL W. DOBBINS
J. Cervantes
APR 2 3 2008

## **EXHIBIT A**

YOU ARE COMMANDED to produce at such examination:

All books and records for the last five (5) years from date set for your appearance herein that pertain to your income for said period, any income producing property, real or personal, tangible or intangible, in which you have or have had any interest during said period; all records pertaining to savings accounts or checking accounts or other bank accounts in which you have or have had any interest during the aforesaid period; all records that pertain to any safety deposit box or boxes that you are renting now or have rented within the aforesaid period or as to which you have any access or right to access; all insurance policies or stock certificates in which you have any interest or have had any interest during the aforesaid period; all federal and state income tax returns for the last five (5) years; deeds to all real estate and any other documents evidencing any interest in any real estate, deeds, titles or bills of sale evidencing any interest in any personal property, including motor vehicles; a complete list of all assets owned by you or as to which you have some interest; all records relating to any trust, written or otherwise of which you may be or have been a beneficiary during the aforesaid period or as to which you may have or have had some interest during the period; and all documents or records of whatever kind that pertain to any asset, or claim to any asset (including rights to causes of action against any person or entity) that you now own or claim to own, or have or claim to have, any interest in, or have owned or claimed to own, or claimed to have had any interest in during the aforesaid five (5) year period from the date set for your appearance herein; plus all books, papers, records, documents or other tangible matter in your possession or control which may contain information concerning any property, assets or income that you have right to.

C:\Documents and Settings\sguerrero\Desktop\Ex.A.citation to discover.wpd

## IN The United States District Court For The Northern District Of Illinois Eastern

Case# 08cv00403
MP# 08 - 0749

I, Andy Abramson, being first sworn on oath, states that he is a citizen of the United States of America, an adult over the age of 18 and not a party to the within cause: that he is licensed of a registered private detective under the Private Detective and Private Security Act of 1993, authorized to effect service pursuant to Chapter 110, Section 2-202, Illinois Revised Statutes, as amended.

That he served the within: Citation

Defendant/Corporation to be served: Jean-Seioff-Donne

Address where served/attempted: 3118 N Rockton Ave Rockford IL 61103

Description of person served:
Age 52  Gender F  Race W  Height 5'4  Weight 115  Hair Gry

[X] SERVED  [ ] NON-SERVED  the defendant on: 4/30/2008 @ 0940hrs

__X__ INDIVIDUAL defendants/other,

____ SUBSTITUTE SERVICE by leaving a copy at the usual place of abode with: _____
a person residing therein who is of the age of 13 or upwards, informing that person of the contents, and also by sending a copy of the within document in a sealed envelope with the postage prepaid, addressed to the individual at his place of abode on _____.

____ CORPORATION by leaving a copy with: _____, a person authorized to accept service and inform that person of the contents.

____ POSTED

____ NON-SERVICE after investigating found

FILED
MAY X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Additional Comments

Subscribed and sworn before me on
This 1st of May, 2008

Process Server

Notary Public

"OFFICIAL SEAL"
LAURENCE L. HODGES
Notary Public, State of Illinois
My Commission Expires 05/09/2010

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

Sterling National Bank,        )
                               )
v.                             ) 08 CV 00403
                               )
Ace Hardware Rockton Center, LLP, )
And Jean Sieoff-Donne,         )

## AFFIDAVIT

I, _Andy Abramson_, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on _April 30th_ 2008 at _0940_ _P_ M. I personally served this **Citation to Discover Assets and Exhibit "A"** upon: **Jean Sieoff-Donne** at Ace Hardware Rockton Center, LLP, 3118 N. Rockton Avenue, Rockford, IL 61103

**Jean Sieoff-Donne**

Description: Sex: _F_, Race: _WH_, Age: _52_

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

_[signature]_
Process Server