**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| STERLING NATIONAL BANK,    ) | |
| ) | Case No.: 08 C 0403 |
| Plaintiff,    ) | |
| ) | |
| v.    ) | |
| ) | |
| ACE HARDWARE ROCKTON    ) | |
| CENTER, LLP,    ) | |
| ) | |
| Defendant.    ) | |

**MOTION TO WITHDRAW APPEARANCE ON BEHALF OF PLAINTIFF**

NOW COMES Vincent T. Borst one of the attorneys of record for Plaintiff and respectfully requests of this Court, entry of an order granting him leave to withdraw his appearance on behalf of the Plaintiff in this matter. In support of this motion, the attorney of record for Plaintiff states as follows:

1. Vincent T. Borst was formerly employed by Askounis & Borst, P.C., former counsel for Plaintiff.

2. Plaintiff engaged new counsel, Askounis & Darcy, P.C. to represent it in this matter.

WHEREFORE, Vincent T. Borst, attorney of record for Sterling National Bank, respectfully requests that this Court enter an order granting him leave to withdraw his Appearance on behalf of the Plaintiff in this matter; and for such other and further relief as is appropriate under the circumstances.

        Respectfully Submitted,

        BORST & COLLINS, LLC.

By:    s/Vincent T. Borst
        Vincent T. Borst, Esq. (ARDC #06192904)
        Borst & Collins, LLC.
        180 N. Stetson Street, Suite 3050
        Chicago, Illinois 60601
        (312) 861-7100 Telephone
        (312) 861-0022 Facsimile
        Vtborst@borstcollins.com
        Jgaylord@borstcollins.com

U:\KClark\Sterling National Bank\Ace Hardware Rockton\Motion to Withdraw Appearance on Behalf of Plaintiff - 2134.12287.wpd